IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRINCE SAYON LENARD MOORE SCOTT, #279 776, <br>     Plaintiff, <br><br> v. <br><br> OFFICER LANDRUM, *et al.*, <br><br>     Defendants. | CIVIL ACTION NO. 2:19-CV-720-ALB |

## **ORDER**

On November 19, 2019, the Magistrate Judge filed a Recommendation (Doc. 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

A Final Judgment will be entered separately.

DONE this 5th day of February, 2020.

                                        /s/ Andrew L. Brasher
                                  ANDREW L. BRASHER
                                  UNITED STATES DISTRICT JUDGE